Certificate Number: 05781-NJ-DE-033071580

Bankruptcy Case Number: 19-20462



05781-NJ-DE-033071580

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 7, 2019, at 6:35 o'clock PM PDT, Douglas Reichert completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   July 7, 2019                        By:      /s/Allison M Geving

Name:   Allison M Geving

Title:    President