Office Mailing Address:

Albert Russo, Trustee
CN 4853
Trenton, NJ  08650

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 19-20462 / MBK**

Douglas A. Reichert
Mary J. Reichert

Petition Filed Date: 05/23/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 10/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/04/2019 | $3,242.00 | 6758601780 | 06/13/2019 | $3,242.00 | 59359820 | 07/16/2019 | $3,242.00 | 60183330 |
| 08/16/2019 | $3,242.00 | 60993070 | 09/23/2019 | $3,242.00 | 61914640 | 10/21/2019 | $3,242.00 | 62640230 |
| 12/03/2019 | $3,242.00 | 63641390 | 12/30/2019 | $3,242.00 | 64338540 | | | |

**Total Receipts for the Period: $25,936.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $29,178.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Douglas A. Reichert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,615.00 | $3,615.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF SOFI<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $13,985.69 | $1,970.00 | $12,015.69 |
| 3 | DISCOVER BANK | Unsecured Creditors | $26,342.51 | $3,710.55 | $22,631.96 |
| 4 | CHASE BANK USA, N.A. | Unsecured Creditors | $19,169.00 | $2,700.11 | $16,468.89 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 2016 HONDA HR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» P/747 WATCHUNG RD/1ST MTG/ORDER 7/26/19 | Mortgage Arrears | $734.37 | $734.37 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $21,441.83 | $3,020.25 | $18,421.58 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,757.00 | $1,092.63 | $6,664.37 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,981.97 | $1,406.04 | $8,575.93 |
| 10 | CITIMORTGAGE, INC.<br>»» P/747 WATCHUNG RD/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, NA<br>»» P/747 WATCHUNG RD/2ND MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | SOFI CONSUMER LOAN PROGRAM 2017-3<br>»» PERSONAL LOAN | Unsecured Creditors | $39,258.61 | $5,529.88 | $33,728.73 |
| 13 | CITIBANK, N.A. | Unsecured Creditors | $4,985.21 | $702.21 | $4,283.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $827.62 | $116.58 | $711.04 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» HOME DEPOT/CITIBANK | Unsecured Creditors | $387.47 | $46.49 | $340.98 |

**Chapter 13 Case No. 19-20462 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,178.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $24,644.11 | Current Monthly Payment: | $3,242.00 |
| Paid to Trustee: | $1,517.24 | Arrearages: | $0.00 |
| Funds on Hand: | $3,016.65 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**