UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**
**DOUGLAS A. REICHERT and MARY J. REICHERT,**
        **Debtors**

Case No.: 19-20462-MBK

Chapter 13

Hearing Date: November 4, 2020

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled      ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: November 2, 2020      /s/ Jason Brett Schwartz
        Signature

*rev. 8/1/15*