|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Law Offices of Lee M. Perlman<br>Lee M. Perlman, Esquire<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003<br>(856) 751-4224 | Order Filed on February 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Douglas A. Reichert<br>Mary J. Reichert | Case No.: 19-20462<br>Chapter: 13<br>Judge: MBK |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 4, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Lee M. Perlman, Esquire_____, the applicant, is allowed a fee of $ _____400 .00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400 .00_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $____3,267.00____ per month for _____18_____ months to allow for payment of the above fee.

*rev.8/1/15*

2