| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-20462 / MBK**

Douglas A. Reichert
Mary J. Reichert

Petition Filed Date: 05/23/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 10/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $3,242.00 | 65114120 | 02/24/2020 | $3,242.00 | 65809630 | 03/30/2020 | $3,242.00 | 66710380 |
| 04/23/2020 | $3,242.00 | 67335710 | 05/19/2020 | $3,242.00 | 67994530 | 06/15/2020 | $3,242.00 | 68628050 |
| 07/16/2020 | $3,242.00 | 69424690 | 08/24/2020 | $3,242.00 | 70327700 | 09/21/2020 | $3,242.00 | 70999700 |
| 10/19/2020 | $3,242.00 | 71681690 | 11/16/2020 | $3,242.00 | 72370810 | 12/28/2020 | $3,242.00 | 73316130 |
| 01/25/2021 | $3,242.00 | 73984260 | 02/23/2021 | $3,242.00 | 74685770 | | | |

**Total Receipts for the Period: $45,388.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $71,324.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas A. Reichert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,615.00 | $3,615.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF SOFI<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $13,985.69 | $5,392.11 | $8,593.58 |
| 3 | DISCOVER BANK | Unsecured Creditors | $26,342.51 | $10,156.22 | $16,186.29 |
| 4 | CHASE BANK USA, N.A. | Unsecured Creditors | $19,169.00 | $7,390.51 | $11,778.49 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 2016 HONDA HR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» P/747 WATCHUNG RD/1ST MTG/ORDER 7/26/ | Mortgage Arrears | $734.37 | $734.37 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $21,441.83 | $8,266.78 | $13,175.05 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,757.00 | $2,990.70 | $4,766.30 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,981.97 | $3,848.50 | $6,133.47 |
| 10 | CITIMORTGAGE, INC.<br>»» P/747 WATCHUNG RD/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, NA<br>»» P/747 WATCHUNG RD/2ND MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | SOFI CONSUMER LOAN PROGRAM 2017-3<br>»» PERSONAL LOAN | Unsecured Creditors | $39,258.61 | $15,135.95 | $24,122.66 |
| 13 | CITIBANK, N.A. | Unsecured Creditors | $4,985.21 | $1,922.05 | $3,063.16 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $827.62 | $319.09 | $508.53 |

**Chapter 13 Case No. 19-20462 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT/CITIBANK | Unsecured Creditors | $387.47 | $141.20 | $246.27 |
| 16 | CAPITAL ONE AUTO FINANCE<br>»»  2016 HONDA HR-V/ATTY FEES 11/12/20 | Debt Secured by Vehicle | $306.00 | $306.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»»  ORDER 2/4/21 | Attorney Fees | $400.00 | $0.00 | $400.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $71,324.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $60,218.48 | Current Monthly Payment: | $3,242.00 |
| Paid to Trustee: | $5,008.84 | Arrearages: | ($3,242.00) |
| Funds on Hand: | $6,096.68 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**