UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Douglas A. Reichert
Mary J. Reichert

Case No.: 3:2019-bk-20462

Adversary No.: _____

Chapter: 13

Judge: Chief Judge Michael B. Kaplan

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Wells Fargo Bank, N.A., creditor
(Example: John Smith, creditor)

Old address:   Wells Fargo Bank, N.A.
MAC N9286-01Y
1000 Blue Gentian Road
Eagan, MN 55121-7700

New address:   Wells Fargo Bank, N.A.
MAC N9286-01Y
P.O. Box 1629
Minneapolis, MN 55440-9790

New phone no.:   800-274-7025
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 02/02/2022                     /s/ Heather Monique Cole
                                        Signature

*rev.8/1/2021*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE:** | **CASE NO.:** 19-20462 |
| **Douglas A. Reichert** | **CHAPTER:** 13 |
| **Mary J. Reichert** | |
|     **Debtor(s).** | |
| _____ / | |

### CERTIFICATE OF SERVICE

I hereby certify that on or before February 02, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*    *By U.S. Postal Service First Class Mail Postage Prepaid:*

Douglas A. Reichert
747 Watchung Road
Bound Brook, NJ 08805


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Mary J. Reichert
747 Watchung Road
Bound Brook, NJ 08805


*Debtor's Attorney:*    *By CM / ECF Filing:*

Lee Martin Perlman
Lee M. Perlman
1926 Greentree Road
Suite 100
Cherry Hill, NJ 08003


*Trustee:*    *By CM / ECF Filing:*

*Trustee:*   Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

/s/ John Shelley
---
InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)