| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
### Chapter 13 Case No. 19-20462 / MBK

Douglas A. Reichert
Mary J. Reichert

Petition Filed Date: 05/23/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 10/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/25/2021 | $3,242.00 | 73984260 | 02/23/2021 | $3,242.00 | 74685770 | 03/22/2021 | $3,267.00 | 75390420 |
| 04/19/2021 | $3,267.00 | 76094210 | 05/17/2021 | $3,267.00 | 76723920 | 06/28/2021 | $3,267.00 | 77660910 |
| 07/26/2021 | $3,267.00 | 78331890 | 08/23/2021 | $3,267.00 | 78936170 | 09/21/2021 | $3,267.00 | 79562700 |
| 10/18/2021 | $3,267.00 | 80219690 | 11/29/2021 | $3,267.00 | 81054220 | 12/28/2021 | $3,267.00 | 81687360 |
| 01/24/2022 | $3,267.00 | 82251480 | | | | | | |

**Total Receipts for the Period:  $42,421.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $107,261.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas A. Reichert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»» ATTY DISCLOSURE | Attorney Fees | $3,615.00 | $3,615.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF SOFI<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $13,985.69 | $8,874.09 | $5,111.60 |
| 3 | DISCOVER BANK | Unsecured Creditors | $26,342.51 | $16,714.65 | $9,627.86 |
| 4 | CHASE BANK USA, N.A. | Unsecured Creditors | $19,169.00 | $12,162.97 | $7,006.03 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 2016 HONDA HR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» P/747 WATCHUNG RD/1ST MTG/ORDER 7/26/ | Mortgage Arrears | $734.37 | $734.37 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $21,441.83 | $13,605.11 | $7,836.72 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,757.00 | $4,921.90 | $2,835.10 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,981.97 | $6,333.70 | $3,648.27 |
| 10 | CITIMORTGAGE, INC.<br>»» P/747 WATCHUNG RD/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, NA<br>»» P/747 WATCHUNG RD/2ND MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | SOFI CONSUMER LOAN PROGRAM 2017-3<br>»» PERSONAL LOAN | Unsecured Creditors | $39,258.61 | $24,910.08 | $14,348.53 |
| 13 | CITIBANK, N.A. | Unsecured Creditors | $4,985.21 | $3,163.17 | $1,822.04 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $827.62 | $525.13 | $302.49 |

**Chapter 13 Case No. 19-20462 / MBK**

| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT/CITIBANK | Unsecured Creditors | $387.47 | $237.81 | $149.66 |
| --- | --- | --- | --- | --- | --- |
| 16 | CAPITAL ONE AUTO FINANCE<br>»»  2016 HONDA HR-V/ATTY FEES 11/12/20 | Debt Secured by Vehicle | $306.00 | $306.00 | $0.00 |
| 0 | LEE M PERLMAN, ESQ<br>»»  ORDER 2/4/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $107,261.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $96,503.98 | Current Monthly Payment: | $3,267.00 |
| Paid to Trustee: | $7,756.41 | Arrearages: | $25.00 |
| Funds on Hand: | $3,000.61 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!**  Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

