| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-20462 / MBK**

Douglas A. Reichert
Mary J. Reichert

Petition Filed Date: 05/23/2019
341 Hearing Date: 06/27/2019
Confirmation Date: 10/23/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $3,267.00 | 82251480 | 02/22/2022 | $3,267.00 | 82859020 | 03/21/2022 | $3,267.00 | 83494360 |
| 04/18/2022 | $3,267.00 | 84074020 | 05/16/2022 | $3,267.00 | 84666490 | 06/27/2022 | $3,267.00 | 85481220 |
| 07/25/2022 | $3,267.00 | 86063180 | 08/23/2022 | $3,267.00 | 86590640 | 09/19/2022 | $3,267.00 | 87135040 |
| 10/28/2022 | $3,267.00 | 87907590 | 11/28/2022 | $3,267.00 | 88456010 | 12/27/2022 | $3,267.00 | 88985430 |
| 01/23/2023 | $3,267.00 | 89511270 | 02/21/2023 | $3,267.00 | 90049670 | | | |

**Total Receipts for the Period: $45,738.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $149,732.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Douglas A. Reichert | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,615.00 | $3,615.00 | $0.00 |
| 1 | MOHELA ON BEHALF OF SOFI<br>»» STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $13,985.69 | $12,664.13 | $1,321.56 |
| 3 | DISCOVER BANK | Unsecured Creditors | $26,342.51 | $23,853.31 | $2,489.20 |
| 4 | CHASE BANK USA, N.A. | Unsecured Creditors | $19,169.00 | $17,357.66 | $1,811.34 |
| 5 | CAPITAL ONE AUTO FINANCE<br>»» 2016 HONDA HR-V | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUICKEN LOANS INC<br>»» P/747 WATCHUNG RD/1ST MTG/ORDER 7/26/1 | Mortgage Arrears | $734.37 | $734.37 | $0.00 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $21,441.83 | $19,415.72 | $2,026.11 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $7,757.00 | $7,024.01 | $732.99 |
| 9 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,981.97 | $9,038.74 | $943.23 |
| 10 | CITIMORTGAGE, INC.<br>»» P/747 WATCHUNG RD/3RD MTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 11 | WELLS FARGO BANK, NA<br>»» P/747 WATCHUNG RD/2ND MRTG | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 12 | SOFI CONSUMER LOAN PROGRAM 2017-3<br>»» PERSONAL LOAN | Unsecured Creditors | $39,258.61 | $35,548.93 | $3,709.68 |
| 13 | CITIBANK, N.A. | Unsecured Creditors | $4,985.21 | $4,514.14 | $471.07 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY BANK | Unsecured Creditors | $827.62 | $749.41 | $78.21 |

**Chapter 13 Case No. 19-20462 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  HOME DEPOT/CITIBANK | Unsecured Creditors | $387.47 | $350.86 | $36.61 |
| 16 | CAPITAL ONE AUTO FINANCE<br>»»  2016 HONDA HR-V/ATTY FEES 11/12/20 | Debt Secured by Vehicle | $306.00 | $306.00 | $0.00 |
| 0 | Lee M. Perlman, Esq.<br>»»  ORDER 2/4/21 | Attorney Fees | $400.00 | $400.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $149,732.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $135,572.28 | Current Monthly Payment: | $3,267.00 |
| Paid to Trustee: | $11,127.94 | Arrearages: | $0.00 |
| Funds on Hand: | $3,031.78 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

